THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 South Carolina
 Department of Social Services, Respondent,
    v.
 Tina H., Robert
 H., Anthony R., and Daniel R.  Defendants,
 Of Whom Tina H.
 and Anthony R. are the Appellants.
 In the
 interest of three minor children under the age of 18.
 
 
 

Appeal From Greenville County
Timothy L. Brown, Family Court Judge
Unpublished Opinion No. 2009-UP-400
Submitted July 1, 2009  Filed August 5,
 2009   
AFFIRMED

 
 
 
 W. Wallace Culp, III, and Charles B. Bowen, Jr., of Greenville,
 for Appellants.
 Deborah Murdock, of Mauldin, for Respondent.
 Robert Clark, of Greenville, for Guardian Ad Litem.  
 
 
 

PER CURIAM: Tina
 H. and Anthony R. appeal from the family
 court's order removing three minor children from their custody.  S.C. Code Ann. § 63-7-1660 (Supp. 2008). 
 Upon a thorough review of the record and the family court's findings of fact
 and conclusions of law, pursuant to Ex Parte Cauthen, 291 S.C. 465, 354
 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly,
 we affirm the family court's ruling. 
AFFIRMED.[1] 
HEARN,
 C.J., CURETON, A.J., and GOOLSBY, A.J., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.